LUKE A. JOSEPH,

        Plaintiff,

    v.

WAUSHARA COUNTY, DONNA KALATA, MARK PIECHOWSKI, MIKE KAPP, EVERETT ECKSTEIN, PATRICK KING, ROBERT WEDELL, MELISSA PINGEL, WAUSHARA COUNTY SHERIFF'S DEPARTMENT, SHERIFF WALTER ZUEHLKE, and LIEUTENANT DAN STRUZYNSKI,

        Defendants.

Case No. _____

## NOTICE OF REMOVAL

TO:    Plaintiff Luke A. Joseph
       917 S. Oakwood Street
       Hancock, WI 54943

PLEASE NOTICE the Defendants Waushara County, Donna Kalata, Mark Piechowski, Mike Kapp, Everett Eckstein, Patrick King, Robert Wedell, Melissa Pingel, Waushara County Sheriff's Department, Sheriff Walter Zuehlke, and Lieutenant Dan Struzynski, by their undersigned attorneys, petition for removal of the above-entitled action and state as follows:

1.      On December 12, 2022, Plaintiff filed a civil action designated Case No. 2022CV000154 in the Circuit Court, Waushara County, State of Wisconsin, against the above-named Defendants. Attached as Exhibit A is a true and correct copy of the Summons and Complaint filed in Waushara County Case No. 2022CV000154

2.      Plaintiff attempted service on one or more of the Defendants with the Summons and Complaint on January 4, 2023.

1

3. The law firm of Axley Brynelson, LLP, by Attorneys Lori M. Lubinsky and Emilia R. Janisch, has been retained to represent all named Defendants in all proceedings relating to Waushara County Case No. 2022CV000154.

4. In the Complaint now pending in Waushara County Case No. 2022CV000154, Plaintiff asserts claims under 18 U.S.C. § 241, the First and Thirteenth Amendments of the United States Constitution, along with additional state law claims. (Compl. ¶¶ 31-35.)

5. As a result of the allegations in the Complaint, Waushara County Case No. 2022CV000154 is a civil action in which the United States District Court for the Eastern District of Wisconsin has original subject matter jurisdiction pursuant to 28 U.S.C. § 1331, in that federal question jurisdiction exists because Plaintiff's Complaint asserts claims under the laws of the United States and under the United States Constitution.

6. Removal of this action is timely in that less than thirty (30) days have passed since Defendants were served with a copy of the Complaint first asserting a claim subject to removal. *See* 28 U.S.C. § 1446(b).

7. All Defendants consent to the removal of this action from Waushara County Circuit Court to the United States District Court for the Eastern District of Wisconsin.

8. By copy of this Notice, Defendants have given notice to Plaintiff and will promptly file a copy of the Notice of Removal with the Clerk of Circuit Court for Waushara County as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendants respectfully request that Waushara County Case No. 2022CV000154 be removed from the Circuit Court, Waushara County, State of Wisconsin to the United States District Court for the Eastern District of Wisconsin, for trial and determination.

2

Dated: January 24, 2023.

*s/ Emilia R. Janisch*

Lori M. Lubinsky, SBN: 1027575
Emilia R. Janisch, SBN: 1122503
Attorneys for Defendants
AXLEY BRYNELSON, LLP
P.O. Box 1767
Madison, WI  53701-1767
Telephone:  (608) 257-5661
Fax:  (608) 257-5444
llubinsky@axley.com
ejanisch@axley.com

3